IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3093 |
| vs. | ORDER |
| PHILLIP MARLOWE DONOVAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The parties' Joint Motion to Continue Sentencing (filing 40) is granted.

2. Defendant Phillip Marlowe Donovan's sentencing is continued to June 6, 2019, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 23rd day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge